
RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.: 08-00011 |
|---|---|
| VERSUS | JUDGE DOHERTY |
| EMANUEL CHARLES, III | MAGISTRATE JUDGE METHVIN |

### RULING ON MOTION TO SUPPRESS

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Findings and Recommendation. After an independent review of the record and consideration of the objections filed by defendant, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.[1]

---

[1] The standard of review utilized by this Court over the Report and Recommendation is stated more fully as follows:

> On deciding whether to accept a magistrate judge's recommended disposition of a suppression motion, the district court makes "a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." United States v. Raddatz, 447 U.S. 667, 673 (1980) (emphasis omitted). In doing so, the district court need not re-hear testimony from the suppression hearing; its deference to the magistrate's credibility determinations is appropriate when they are supported by the record. United States v. Giacomel, 153 F.3d 257, 258 (5th Cir.1998).
>
> "One of the most important principles in our judicial system is the deference given to the finder of fact who hears the live testimony of witnesses because of his opportunity to judge the credibility of those witnesses." Louis v. Blackburn, 630 F.2d 1105, 1109 (5th Cir.1980). "Where a district court's denial of a suppression motion is based on live oral testimony, the clearly erroneous standard is particularly strong because the judge had the opportunity to observe the demeanor of the witnesses." United States v. Santiago, 410 F.3d 193, 197 (5th Cir.2005) (citations omitted). Similarly, we [the Fifth Circuit] defer to the district court's acceptance of the magistrate judge's credibility recommendations, based on his having heard live testimony.

Accordingly, IT IS HEREBY ORDERED that the defendant's Motion to Suppress [Doc. 115] be GRANTED IN PART AND DENIED IN PART as follows:

1) The motion to suppress all physical evidence seized is DENIED.

2) The motion to suppress all inculpatory statements is GRANTED.

THUS DONE AND SIGNED this 8 day of July, 2009.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

---

U.S. v. Gibbs 421 F.3d 352, 357 (5th Cir. 2005).