RECEIVED
NOV 17 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:08-cr-00011-01 |
| | CIVIL ACTION NO. 6:13-cv-03145 |
| VERSUS | JUDGE DOHERTY |
| EMANUEL CHARLES, III | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Emanuel Charles, III's motion to vacate, set aside, or correct sentence (Rec. Doc. 202) is **DENIED**, consistent with the report and recommendation.

Lafayette, Louisiana, this *13* day of *November*, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE